

FILED
DEC - 8 2015
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-50150 |
| Plaintiff, | Possession with Intent to Distribute a Controlled Substance |
| vs. | (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)) |
| CASEY R. LANGE, | |
| Defendant. | |

The Grand Jury charges:

On or about October 26, 2015, at Rapid City, in the District of South Dakota, the defendant, Casey R. Lange, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing 50 grams or more of a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

A TRUE BILL

**NAME REDACTED**

_____
Foreperson

RANDOLPH J. SEILER
United States Attorney

By _____