UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CASEY R. LANGE,<br><br>          Defendant. | CR. 15-50150-JLV<br><br>ORDER SETTING TRIAL DATE AND RELATED MATTERS |

**READ THIS ORDER – DEADLINES HAVE CHANGED**

Defendant moves for a continuance. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial insofar as defense counsel has made known to the court that additional time is needed to prepare for trial. Therefore, it is

ORDERED that defendant's motion is granted and the following deadlines shall apply:

| | |
|---|---|
| Applications for Writ of Habeas Corpus Ad Testificandum | March 18, 2016 |
| Other motions/continuance motions | March 18, 2016 |
| Responses to motions due | Within seven days after motion is filed |
| Subpoenas for trial | March 25, 2016 |
| Plea agreement or petition to plead and statement of factual basis | March 25, 2016 |
| Notify court of status of case and file a joint notice of speedy trial calculation | March 25, 2016 |
| Motions *in limine* | March 25, 2016 |

| Proposed jury instructions due | March 25, 2016 |
|---|---|
| Response to motions *in limine* and proposed jury instructions due | March 30, 2016 |
| Pretrial conference | Monday, April 4, 2016 at 9 a.m. |
| Jury Trial | Tuesday, April 12, 2016 at 9 a.m. |

IT IS FURTHER ORDERED that no continuances will be granted without a showing of exceptional circumstances.

The parties are instructed that:

1. Proposed jury instructions with citations to authority shall be filed by **March 25, 2016**.  Submit only substantive instructions pertaining to the law of the case; do not submit standard or boilerplate instructions.  Proposed instructions shall be numbered and shall contain a table of contents.

2. The court will provide to the parties by e-mail the proposed preliminary jury instructions prior to the pretrial conference.  Any objections to the proposed preliminary instructions shall be raised during the pretrial conference.

3. Counsel shall provide to the Clerk of Court but not file exhibit and witness lists by **noon the Friday prior to the pretrial conference**.  These lists will not be disclosed to the opposing party.

4. By **noon the Friday prior to the pretrial conference** counsel shall provide to the court copies of exhibits to be introduced at trial.

5. Counsel shall contact the Clerk of Court five (5) business days prior to trial for instruction on the use of courtroom technology, if needed.

6. Counsel may make a motion requesting a copy of the jury list five (5) days in advance of an upcoming trial.

The period of delay resulting from this continuance is excluded in computing the time within which the trial of the case must commence.  18 U.S.C. § 3161(h)(7)(A).

Defense counsel must file with the clerk within fourteen (14) days of this order a written consent to the continuance and waiver of the Speedy Trial Act signed by the defendant.

All other provisions of the court's scheduling and case management order (Docket 11) remain in effect unless specifically changed.

Dated February 10, 2016.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE