UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CASEY R. LANGE,<br><br>　　　　　　Defendant. | CR. 15-50150-JLV<br><br>ORDER ACCEPTING PLEA AND SENTENCING SCHEDULING ORDER |

　　　　On March 18, 2016, defendant appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing.  Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to the indictment and adjudge defendant guilty of possession with intent to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).  Defendant and the government waived any objection to the report and recommendation.  Upon review of the record in this case, it is

　　　　ORDERED that the report and recommendation (Docket 27) is adopted in full, the plea is accepted and the defendant is adjudged guilty of possession with intent to distribute a controlled substance as charged in the indictment.

　　　　IT IS FURTHER ORDERED that the draft presentence report shall be filed by the Probation Office in CM/ECF using the Draft Presentence Report event on or before **May 13, 2016**.

　　　　IT IS FURTHER ORDERED that any objections to the draft presentence report shall be filed by counsel in CM/ECF using the Objections to Presentence Report event on or before **May 27, 2016**.  If counsel has no

objections to the presentence report, counsel should indicate so by using the Notice of No Objections to Presentence Report event.

IT IS FURTHER ORDERED that the final presentence report shall be filed by the Probation Office in CM/ECF using the Final Presentence Report event on or before **July 8, 2016**.  An addendum setting forth any unresolved objections, the grounds for those objections and the probation officer's response to those objections shall be filed in CM/ECF using the Addendum to Final Presentence Report event.

IT IS FURTHER ORDERED that any motions for departure or variance or sentencing memoranda by either the government or the defendant shall be filed in CM/ECF and served upon the Probation Office and opposing counsel by **July 8, 2016**.

IT IS FURTHER ORDERED that all letters of support shall be filed by counsel in CM/ECF using the Sealed Letter(s) of Support event on or before **July 8, 2016**.  All letters of support shall be legibly scanned as one document and not scanned as separate documents.  All other presentence report related documents shall be filed in CM/ECF using the appropriate event on or before **July 8, 2016**.  None of these documents shall be submitted directly to the Probation Office or to the Court.

IT IS FURTHER ORDERED that the sentencing hearing and any necessary evidentiary hearing regarding sentencing shall be held on **Friday, July 15, 2016, at 1:30 p.m.**, in Courtroom 1 of the Andrew W. Bogue United States Courthouse, 515 Ninth Street, Rapid City, South Dakota.

IT IS FURTHER ORDERED that if either party believes an interpreter is necessary for this court proceeding, counsel shall notify the Clerk of Court in

writing.   The notice shall specify whether an interpreter is needed for the defendant or a witness.   If interpreter services are needed for more than an hour, counsel shall give the Clerk of Court at least two weeks' notice.   If interpreter services are needed for less than an hour, counsel shall give the Clerk 48 hours' notice.

    Dated March 21, 2016.

                      BY THE COURT:

                      /s/ *Jeffrey L. Viken*
                      JEFFREY L. VIKEN
                      CHIEF JUDGE