# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Jeffrey L. Viken United States Chief Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KLK | Court Reporter – Judy Thompson |
| Courtroom - RC #1 | Date – July 15, 2016 |
| U.S. Probation Officer – Aaron Peacock | |

### 5:15-cr-50150

| | |
|---|---|
| United States of America | Kathryn Rich |
| Plaintiff, | |
| vs. | |
| Casey R. Lange | John Rusch |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME:

1:39 p.m.   Enter contested <u>Sentencing hearing</u> before the Honorable Jeffrey L. Viken, United States Chief Judge, presiding.

Counsel note their appearances for the record.  The defendant is present in custody.

The Court reviews the defense objections to the Pre-Sentence Report and notes the Motion for Downward Variance [33] and support letters.

Mr. Rusch argues in support of defense objections to the PSR.  Ms. Rich responds.  The Court rules on the objection to the PSR.

The Court calculates the Federal Sentencing Guidelines.  Counsel agrees and the Court accepts the report as written.

Casey R. Lange, defendant, makes remarks to the Court as to sentencing.  The Court inquires further.

Mr. Rusch addresses the Court as to sentencing.

           Defendant's mother makes remarks to the Court as to sentencing.

           Ms. Rich addresses the Court as to sentencing. Mr. Rusch responds.

           The Court gives a statement of reasons and announces a sentence.

           <u>Sentence</u>: 72 months custody, 4 years' supervised release, fine waived and $100 VAF.

           The Court advises the defendant of his appeal rights. Casey R. Lange understands.

2:35 p.m.      Court Adjourned.